Chetanand Kumar **SEWRAZ**, Plaintiff–Appellant,

v.

Edward **GUICE**, Lieutenant; Scott Bailey, Detective; Katherine Atkins, Evidence Technician; Darrin Edward Bromseth, Detective; Craig Brown, Detective; Jody Brunner, Detective; Juanamettre Butler, Officer; Frank Carpenter; Jessica Chamer, Evidence Technician, Defendants–Appellees.

No. 08–8173.

United States Court of Appeals, Fourth Circuit.

Submitted: March 17, 2009.

Decided: March 20, 2009.

Chetanand Kumar Sewraz, Appellant Pro Se.

Before TRAXLER, KING, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chetanand Kumar Sewraz appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sewraz v. Guice*, No. 3:08–cv–00035–RLW, 2008 WL 3926443 (E.D.Va. Aug. 26, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*